[No. 45087-5-I.   Division One.   March 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HARMINDER S. VIRK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03837-0, Patricia H. Aitken, J., entered June 4, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45268-1-I.   Division One.   March 5, 2001.]

CHERYL GORTON, *Respondent*, v. INTEL CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-27733-5, Glenna Hall, J., entered August 30, 1999. *Remanded* by unpublished per curiam opinion.

[No. 46616-0-I.   Division One.   March 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EMIR T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-50104-9, James Bryan Street, J., entered May 1, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47394-8-I.   Division One.   March 5, 2001.]

*In the Matter of the Personal Restraint of* FLOYD BARROW, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* by unpublished per curiam opinion.

[No. 48230-1-I.   Division One.   March 5, 2001.]

*In the Matter of the Personal Restraint of* BENJAMIN HARRIS FAWCETT, *Petitioner*.

Petition for relief from personal restraint. Petition *denied* and case *remanded* by unpublished per curiam opinion.